# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMUNDO VARGAS-JARA,<br><br>    Defendant. | Case No. 19-cr-3618-AJB<br><br>**ORDER AND JUDGMENT GRANTING MOTION AND DISMISSING INFORMATION**<br><br>(Doc. No. 16) |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Indictment [Dkt. No. 1] without prejudice.

**IT IS SO ORDERED.**

Dated: December 11, 2019

Hon. Anthony J. Battaglia
United States District Judge